UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. DANIELS, II,<br><br>    Plaintiff,<br><br>v.<br><br>FRESNO COUNTY BOARD OF SUPERVISORS, et al.,<br><br>    Defendant. | 1:16-cv-01609-MJS (PC)<br><br>**ORDER DISMISSING CASE**<br><br>**CLERK OF COURT TO CLOSE CASE** |

Plaintiff is a former state prisoner who filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of a magistrate judge. (ECF No. 5.)

On December 27, 2016, the undersigned issued an Order to Show Cause why this action should not be dismissed for Plaintiff's failure to respond to a previously-issued Order to Show Cause. (ECF Nos. 4, 6.) Plaintiff has not responded to either Order to Show Cause, and the time for filing a response has now passed.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is DISMISSED;
2. All pending motions are VACATED; and

1

3.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   January 19, 2017             /s/ *Michael J. Seng*
                                                      UNITED STATES MAGISTRATE JUDGE